# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 06-0154-01-CR-W-FJG |
| Ronald G. Park, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are defendant's motion to suppress evidence (Doc. #27), filed June 12, 2006, the government's response and suggestions in opposition (Doc. #31), filed June 22, 2006, and defendant's amendment to motion to suppress evidence (Doc. #32), filed June 23, 2006.

On July 24, 2006, United States Magistrate Robert E. Larsen entered a report and recommendation (Doc. #37) which recommended denying the above-mentioned motion. Defendant's objections to report and recommendation were filed July 31, 2006 (Doc. #38).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's motion to suppress evidence (Doc. #27), filed June 12, 2006, must be denied.

Accordingly, it is

ORDERED that the magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to suppress evidence (Doc. #27), filed June 12, 2006, is denied.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated: August 15, 2006
Kansas City, Missouri